```
UNITED STATES OF AMERICA,    )
                             )
            Plaintiff,       )
                             )
     v.                      )
                             )   No. CR-02-40206-DLJ
                             )
                             )
                             )   ORDER
GODLIFE ASAD MUHAMMAD,       )
                             )
            Defendant.       )
_____)
```

On December 21, 2007, defendant Godlife Asad Muhammad ("Muhammad") filed a document entitled "Motion for Rule 35 Correcting or Reducing Sentence." In this motion, Muhammad argues that the Court imposed an erroneous sentence on him.

On January 4, 2008, Muhammad filed another motion under Federal Rule of Criminal Procedure ("FRCP") 35, entitled "Motion for Dismissal of Sentence." In this motion, Muhammad reiterates his argument that the Court imposed an erroneous sentence.

Last, on February 13, 2008, Muhammad filed a letter in which he objected to the appointment of attorney Peter F. Goldscheider ("Goldscheider") to represent him on appeal.

Muhammad's motions lack merit. First, FRCP 35 does not provide the relief Muhammad seeks. FRCP 35(a) allows the Court to correct "arithmetical, technical, or other clear error" within seven days after sentencing. The Court committed no such error in this case. FRCP 35(b) allows the Court to reduce a sentence if the defendant provides substantial assistance. Muhammad has provided no such assistance.

Second, there is no basis to object to the appointment of Goldscheider as appellate counsel.  Goldscheider has represented Muhammad since the Court appointed him in February 2008.  Even if Muhammad had stated a valid basis for objecting to Goldscheider's representation -- which he did not -- any such argument would now be moot.

**CONCLUSION**

For the foregoing reasons, Muhammad's motions are DENIED.

IT IS SO ORDERED

Dated: November 21, 2008

_____
D. Lowell Jensen
United States District Judge